**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000697
31-JAN-2023
08:01 AM
Dkt. 46 OAWST**

NO. CAAP-21-0000697

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR GSAA HOME EQUITY TRUST 2006-9 ASSET-BACKED
CERTIFICATES SERIES 2006-9, Plaintiff-Appellee,
v.
ASSOCIATION OF APARTMENT OWNERS OF ELIMA
LANI CONDOMINIUMS, Defendant-Appellant,
and
DANA C. WYNN, ALSO KNOWN AS DANA CHERYL WYNN;
WAIKOLOA VILLAGE ASSOCIATION; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC18100094K)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Wadsworth, Presiding Judge, and Nakasone and McCullen, JJ.)

Upon consideration of the January 18, 2023 Amended Stipulation for Dismissal with Prejudice as to Defendant-Appellant Association of Apartment Owners of Elima Lani Condominiums' Appeal (**amended stipulation**), the papers in support, and the record, it appears that:  (1) the appeal has been docketed; (2) the parties stipulate to dismiss this appeal with prejudice pursuant to Hawaiʻi Rules of Appellate Procedure

Rule 42(b) and bear their own attorneys' fees and costs;[1] and (3) the amended stipulation is dated and signed by counsel for all parties appearing in this appeal.[2]

Therefore, IT IS HEREBY ORDERED that the amended stipulation for dismissal of the appeal with prejudice is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, January 31, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

---

[1] There appears to be a typographical error referencing the incorrect filing date of the Judgment on page 2, which we disregard.

[2] We disregard the unsigned signature lines of parties who did not appear in this appeal on page 3.